# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL ROY | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MICHAEL ROY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Issuing officer's signature*  Marianne B. Bowler, USMJ

*Printed name and title*  MARIANNE B. BOWLER, USMJ
UNITED STATES MAGISTRATE JUDGE

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  5/9/2013

*Arresting officer's signature*

*Printed name and title*

9211016

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-MJ-2185-MBB |
| BARRY GOOLST | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  BARRY GOOLST                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone


Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state:  Boston, Massachusetts

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____   WARRANT EXECUTED BY    Deg
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   5/9/2013
*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT HAGENAARS<br>*Defendant* | )<br>)  Case No: 13-MJ-2185-MBB<br>)<br>) |

*(Clerk's Office stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2013 MAY 17 P 2:01)*

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT HAGENAARS                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone


Date: May 8, 2013

City and state:  Boston, Massachusetts

*Issuing officer's signature:* Marianne B. Bowler, USMJ
*Printed name and title:* MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____. |
| Date: _____   WARRANT EXECUTED BY DEA<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON  5/9/2013   *Arresting officer's signature* _____ |
| *Printed name and title* _____ |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTOPHER YANCEY | ) Case No. 13-MJ-2185-MBB |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTOPHER YANCEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN KINNEY | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

FILED IN CLERK'S OFFICE
2013 MAY 17 2:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN KINNEY                                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state:   Boston, Massachusetts

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |
| Date: _____   WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/9/2013   *Arresting officer's signature* |
| *Printed name and title* |

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MARK OUELLETTE | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) MARK OUELLETTE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

_Marianne B. Bowler, USMJ_
Issuing officer's signature

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
Printed name and title

City and state: Boston, Massachusetts

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

Arresting officer's signature

Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| SEAN COTTER | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SEAN COTTER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846   Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
MARIANNE B. BOWLER, USMJ
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/8/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY P 2: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
| v. | ) | |
| MICHAEL BOURQUE | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   MICHAEL BOURQUE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state:  Boston, Massachusetts

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____   WARRANT EXECUTED BY DEA<br>BY ARREST/ARRAIGNMENT OF THE<br>DEFENDANT ON 5/9/2013   *Arresting officer's signature*<br><br>*Printed name and title* |

4

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-MJ-2185-MBB |
| COREY ASSENCOA | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   COREY ASSENCOA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state:   Boston, Massachusetts

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/9/2013  *Arresting officer's signature* |
| | *Printed name and title* |

# UNITED STATES DISTRICT COURT
для
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2: 01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FRANK MCGUIRE | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) FRANK MCGUIRE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute Oxycodone

Date: May 8, 20

City and state: Boston, Massachusetts

Marianne B. Bowler, USMJ
*Issuing officer's signature*

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2023

*Arresting officer's signature*

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) |
| PHILLIP GOOLST | ) Case No. 13-MJ-2185-MBB |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* PHILLIP GOOLST,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state:   Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON   5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERK'S OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THOMAS EHWA | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   THOMAS EHWA ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Issuing officer's signature*: Marianne B. Bowler, USMJ

*Printed name and title*: MARIANNE B. BOWLER, UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

WARRANT EXECUTED BY ___DEA___ — *Arresting officer's signature*
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE

2013 MAY 17 P 2:01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRIAN CHISHOLM | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN CHISHOLM,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute Oxycodone

Date: May 8, 2013

City and state: Boston, Massachusetts

*Issuing officer's signature*: Marianne B. Bowler, USMJ

*Printed name and title*: MARIANNE B. BOWLER UNITED STATES MAGISTRATE JUDGE

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
IN CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) |
|---|---|
| v. | ) |
| MARK NEWTON | ) Case No. 13-MJ-2185-MBB |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MARK NEWTON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature*
Marianne B. Bowler, USMJ
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/9/2013

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED
CLERKS OFFICE
2013 MAY 17 P 2:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAYMOND PANAGGIO | ) | Case No. 13-MJ-2185-MBB |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAYMOND PANAGGIO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846  Conspiracy to Distribute Oxycodone

Date: May 8, 2013

*Issuing officer's signature* Marianne B. Bowler, USMJ

City and state:   Boston, Massachusetts

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON  5/9/2013

*Arresting officer's signature*

*Printed name and title*